164

Submitted on briefs October 27, affirmed November 5, 1971

STATE OF OREGON, *Respondent, v.*
ROSCOE L. ANDERSON (No. C-59748, No. C-59749,
No. C-59750), *Appellant.*

489 P2d 1154

Jack E. Collier, Portland, for appellant.

Joseph F. Ceniceros, Assistant Attorney General, Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED WITHOUT OPINION.